UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERAPHIN MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　　Defendant. | Civil Action No. 25-4337 (TNM) |

## JOINT STATUS REPORT

Pursuant to the Court's February 12, 2026 Minute Order, Plaintiff Seraphin Media, LLC and Defendant Federal Bureau of Investigation ("FBI") respectfully submit this joint status report for this Freedom of Information Act ("FOIA") action. This case concerns a FOIA request, dated November 12, 2025, submitted to FBI. Plaintiff filed the Complaint on December 15, 2025, and FBI answered the Complaint on February 12, 2026.

　　　1.　　**The status of Plaintiff's FOIA request**. In response to Plaintiff's FOIA request, FBI has begun its search for responsive records, but that search remains ongoing and FBI does not yet have an estimate for when it will be completed. This is, in part, because FBI's search may necessitate performing targeted searches of FBI field offices, and coordination with such offices may take time.

　　　2.　　**The anticipated number of documents responsive to Plaintiff's FOIA request**. Because FBI's search remains ongoing, it does not yet have an estimated number of documents responsive to Plaintiff's FOIA request at this time.

- 2 -

3. **The anticipated date(s) for release of the documents requested by Plaintiff.** Likewise, FBI does not yet have an anticipated date for the release of the documents requested by Plaintiff at this time. FBI needs to complete its search, before it can provide any anticipated release date(s).

4. **Whether a motion for a stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).** FBI does not anticipate seeking an *Open America* stay in this litigation.

5. **Whether a *Vaughn* index will be required in this case.** FBI believes it is too soon to tell whether a *Vaughn* index will be required in this case.

6. **Whether the parties anticipate summary judgment briefing and, if so, a proposed briefing schedule.** The parties believe it is too soon to tell whether summary judgment briefing is necessary. The parties will update the Court of the necessity of a summary judgment briefing schedule in future Joint Status Reports. The parties will work together throughout this litigation to attempt to reduce the number of issues for the Court.

\*   \*   \*

- 3 -

The parties respectfully request that the Court order the parties to file another joint status report on or before May 15, 2026, with additional joint status reports due every sixty days thereafter. The parties have provided a proposed order to that effect.

Dated: March 16, 2026

Respectfully submitted,

 /s/ Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdlaw.us
DC District Court Bar# MS0009

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *William Thanhauser*
WILLIAM THANHAUSER
D.C. Bar #1737034
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-7706

*Attorneys for the United States of America*