UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SERAPHIN MEDIA, LLC,

       Plaintiff,

   v.

FEDERAL BUREAU OF
INVESTIGATION,

       Defendant.

Civil Action No. 25-4337 (TNM)

## JOINT STATUS REPORT

Pursuant to the Court's March 16, 2026 Minute Order, Plaintiff Seraphin Media, LLC and Defendant Federal Bureau of Investigation ("FBI") respectfully submit this joint status report for this Freedom of Information Act ("FOIA") action:

1.     This case concerns a FOIA request, dated November 12, 2025, submitted to FBI. Plaintiff filed the Complaint on December 15, 2025, and FBI answered the Complaint on February 12, 2026.

2.     FBI respectfully reports as follows:  Since the last joint status report, ECF No. 7, FBI has continued its search for responsive records.  That search remains ongoing, with two custodians left to search.  Upon completing the search, FBI expects to be able to provide an estimated number of potentially responsive documents, and an anticipated date for release.

3.     The parties will continue to work together throughout this litigation to attempt to reduce the number of issues for the Court.  Pursuant to the Court's March 16, 2026 Minute Order, the parties will file another joint status report in 60 days (i.e., by July 14, 2026).

- 2 -

Dated: May 15, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Stephen D. Stamboulieh

Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdlaw.us
DC District Court Bar# MS0009

By: /s/ William Thanhauser

WILLIAM THANHAUSER
D.C. Bar #1737034
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-7706

*Counsel for Plaintiff*

*Attorneys for the United States of America*

- 2 -